# EXHIBIT 1

## CASE SPECIFIC EXPERT REPORT OF JIN YOO, M.D.

I am Jin Yoo, M.D. Any and all medical opinions rendered in this report represent my opinions, all held to a reasonable degree of medical certainty, and are based to a reasonable degree of medical probability and are based on scientifically reliable evidence.

I have reviewed the medical records of David Anthony, discovery documents, and Bard's internal documents. My opinions in this matter are based upon a review of the aforementioned records as well as the pertinent medical literature and my personal experience and training as a general surgeon over the last fourteen years. I am familiar with the issues, subject matter and topics in this litigation and have firsthand personal experience with the implantation and removal of numerous varieties of hernia mesh products. I am also familiar with the medical literature that has been published that addresses the indications, use, and complications of mesh for hernia repair. I have been specializing in the repair of abdominal wall and inguinal hernias for over 14 years at an academic medical center with a dedicated hernia center for excellence and therefore am highly qualified to perform this review. I have expertise and knowledge regarding the human anatomy, the abdominal and inguinal structure and its reaction to materials and devices. I have also worked on biologic/mesh designs for hernia repair uses. In addition, I have reviewed numerous Instructions for Use and have approved and drafted Instructions for Use for products.

All my opinions expressed in this report shall be held to a reasonable degree of medical certainty and are based upon established principles of medical care as practiced by surgeons. Should additional information, documents, or medical records be brought forth, or should further clarification or information be necessary after receipt of Defendant's expert reports, I reserve the right to supplement my opinions and amend this report. Additionally, I reserve the right to rely on and/or utilize demonstratives at depositions and trial.

### Background

I am currently an Assistant Professor of Surgery at Duke University Health System in Durham, North Carolina. I received my MD degree in 2002 from the University of Virginia School of Medicine in Charlottesville, Virginia. Following graduation from medical school, I completed a General Surgery Residency at Duke University in Durham, North Carolina. In 2009, I attended a one-year minimally invasive surgery and bariatric surgery fellowship at Duke University.

Regarding my qualification, I am board certified in General Surgery by the American Board of Surgery since 2009 and have a busy clinical practice with academic/educational responsibilities. I also serve as the chief of general surgery at Duke Regional Hospital where I sit on the peer review committee evaluating cases involving complications and death that occur at our institution. I have published some articles and have given numerous lectures on the topics of hernia-related mesh, materials, implantation and fixation techniques. I am also very familiar with the design, construction, materials, and procedures associated with the Bard mesh products mentioned in my report. My full qualifications are set forth in my Curriculum Vitae attached to

this Report as Exhibit A. Attached to Exhibit B is a copy of my Fee Schedule.

## History of Hernia Repairs

Hernia treatments date back to the time of the Egyptians and ancient Greeks.[1] In 1887, Bassini revolutionized the approach to the surgical treatment of inguinal hernias by his repair of the posterior wall of the inguinal canal. Around this time, even such renowned surgeons such as Billroth and Czerny reported hernia failure rates in the range of 30% to 50%. Bassini's seminal report of his technique that produced a 2.7% recurrence rate was an astounding achievement.[2] Others such as McVay, Marcy, Nyhus, and Read developed their own methods of pure tissue hernia repair all based upon the Bassini template.

In an attempt to further lower the recurrence rate for hernia repairs, prosthetic materials were introduced for all types of hernia procedures. The perceived advantages of a prosthetic repair included no tension on the suture line, a reduction in the recurrence rate, and, in theory, less post-operative pain. Polypropylene eventually became the most popular prosthetic used by surgeons. A number of techniques began to utilize polypropylene mesh in the repair of hernias, which included methods such as the Lichtenstein, Trabucco, Stoppa, and Rutkow procedures.[3]

The next revolution in the management of hernias occurred in about 1990 with the introduction of laparoscopic methods of hernia repair. The attraction here was better visualization of the anatomy, the promise of shorter recovery time, less pain, and further reduction in the rate of hernia recurrence. Various approaches were developed that included trans-abdominal and extra- peritoneal methods. The intra-peritoneal onlay method (IPOM) came into vogue only after the development of composite polypropylene meshes due to the high risk for deadly complications with the placement of bare polypropylene exposed to the visceral organs.[4]

While the use of prosthetics appeared to reduce the short-term rate of recurrence, the long-term rate of recurrence remains similar to non-mesh repairs but with the additional risk of catastrophic mesh-related complications.[5]

[1] Nyhus, L., Condon, R. (Eds). A history of the treatment of hernia Hernia (5th Edition), Lippincott Williams & Wilkins 2007: 17-25.

[2] Read, R. Herniology: past, present and future. Hernia. (2009) 13: 577-80.

[3] Patel, H., Ostergard, D., Sternschuss. *Polypropylene Mesh and the Host Response*, Int. Urogynecol (2012) 23: 669- 679.

[4] Moorman, M., Price, P., *Migrating Mesh Plug Complication of a Well-Established Hernia Repair Technique*. Am. Surg. (2004) 70(4): 298-9.

[5] Flun, David, *Have Outcomes of Incisional Hernia Repair Improved with Time?* (2003) Annals of Surgery, Vol. 237, No.1,129-135; Tastaldi, Luciano, *Emerging Groin Hernia Repair: A Single Center 10-Year Experience* (2019) Surgery 165, 398-405; Kokotovic, Dunja, *Long-Term Recurrence and Complications Associated with Elective Incisional Hernia Repair* (2016) JAMA 316 (15):1575-1582.

**Background on C.R. Bard**

    C.R. Bard is one of the largest hernia companies in the world. It is named after the company's founder, Charles Russell Bard. The company has a longstanding history for nearly a 100 years, especially in the area of manufacturing and distributing medical devices. They have manufactured numerous hernia mesh products over the years and even today have over 20 different hernia mesh products in the market. Many have been successful, but there have also been significant number of complications in patients who had Bard mesh products implanted in their bodies that were caused due to the faulty design and construct of some of mesh products. The following are some general and specific complaints about Bard mesh products.

1) **Bard did not heed the warnings of the polypropylene manufacturer who advised it (directly and indirectly) not to use its polypropylene in humans.** Phillips Sumika was the manufacturing company that Bard purchased their polypropylene material. The Material Safety Data Sheet from Phillips Sumika advised their purchasers that polypropylene should not be used for permanent implantation in the human body.[6] Bard has continued to use polypropylene for their mesh products even after Phillips Sumika Polypropylene Company shut down in 2011.[7]

2) **Bard failed to adequately test each component part of the composite meshes and, further, did not test the composite products as a whole.** A lot of Bard mesh products received FDA clearance for clinical use based on their predicated mesh products, instead of each new mesh product being rigorously tested and studied in animals and then human clinical studies to support its safety and efficacy. In both 510(k) applications for the Composix E/X and Composix Kugel mesh products, Bard relied on two products for each; one being a groin hernia repair product; and the other being a ventral hernia repair product. Bard's reliance on predicate products used in different spaces is wrong because there is a difference with respect to function and tissue response and, therefore, there is no true equivalence. By failing to properly and adequately test its devices, Bard was unable to understand the risks of its products and, instead, relied on its post-marketing monitoring to learn about its products. Bard's complaint handling procedures were ineffective, as cited by the FDA, and, as a result, corrective procedures and testing have not been performed. It is not true that all properties can be up-scaled without any change. Nor is it true that the size of the comparable device does not matter. Nor is it true that the body's reaction will not be different than it was to that of the predicate structure. Bard incorrectly relied on all of these fallacies when bringing its hernia mesh products to market.

3) **The faulty design of Bard products with their version of polypropylene mesh material.** Since its introduction over fifty years ago, polypropylene mesh has been the most common prosthesis used in hernia surgery. It is produced by the polymerization of propylene and is now composed of monofilament fibrils in a knitted form. Favorable mechanical properties such as high burst strength, high tensile strength, tear resistance and bidirectional elasticity have made this mesh an attractive material for

---

[6] MatWeb Material Property Data. Phillips Sumika Marlex Polypropylene Homopolymer, Fiber Grade.
[7] Id.

herniorrhaphies. However, there is now plethora of evidence and scientific literature showing that polypropylene meshes have some serious drawbacks. Studies, as early as the 1970's and 1980's, have demonstrated concern over the degradation/oxidation effects of polypropylene when used in the human body.[8] Polypropylene mesh degrades by oxidative process and this leads to embrittlement of the material, impaired tissue mobility and eventually chronic pain. Such degradation, depending upon the severity, can lead to cracking and peeling of the fiber's surface creating an enhanced inflammatory tissue response due to the lack of a smooth surface coming into contact with the tissue.[9] The mesh is not at rest after implantation. As a result of the inherent nature of the physiological forces and stresses being placed on the prosthetic after implantation, the mesh will move and stretch in an anisotropic manner in the tissue. This frayed surface continuously damages the tissue in which it is implanted leading to an increased host defense response at the tissue/implant interface. Furthermore, the cracked and frayed fiber increases the surface area of the mesh. Increased surface area causes a more intense foreign body reaction and thus, a greater inflammatory/fibrotic response. Finally, bacteria are more likely to lodge in the cracked areas of the fiber surface, increasing the risk of infection which would also create a greater host defense response. In summary, the cracking and peeling process of the polypropylene material through mechanical and oxidative degradation increases (1) the risk of inflammation and fibrosis due to more exposed material, thereby causing mesh contraction, mesh migration, aggressive mesh adhesion, chronic pain, erosion into visceral organs, and bowel obstruction; and (2) the risk of mesh infection due to the cracks present in the material from fracturing during degradation.

4) **The faulty design of Bard products by over-engineering its mesh unnecessary material that increases the risk of its mesh without necessarily improving clinical outcome.** Bard has added various materials to their final mesh products in order to facilitate ease-of-use, better-handling, and to create a strong, durable mesh. Bard has incorporated the use of (1) rings – permanent and absorbable, to make the mesh less deformable to reduce risk of mesh contraction and displacement; (2) combining two different type of mesh material, such as polypropylene and ePTFE, in order to take advantage of each material's inherent features; and (3) making the mesh material less porous (i.e. microporous), which makes the mesh product stronger, but also makes it stiffer. These features counter-productively increase the body's inflammatory response and scarring which lead to complications such as mesh contraction, mesh migration, aggressive mesh adhesion, chronic pain, erosion into visceral organs, and bowel obstruction. Furthermore, combining some of these over-engineered features can exacerbate the problem further. Each is described in more detail below.

**Rings.** These memory coil rings were originally introduced in the Bard Kugel patch line

[8] Liebert, T., Chartoff, R., Cosgrove, S., *Subcutaneous Implants of Polypropylene Filaments* (1976) J. Biomed. Mater. Res. Vol. 10, 939-951; Williams D. Review Biodegradation of Surgical Polymers. Journal of Materials Science. 1982; 17: 1233-1246.
[9] Costello C, Bachman S, Grant S, Cleveland D, Loy T, Ramshaw B. Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants from a Single Patient. Surgical Innovation. 2007; 14(3):168-176.

of mesh products. Over time, two different types of rings were used – (1) permanent (made of PET, which is polyethylenetetraphalate) and (2) an absorbable type (SorbaFlex™ Memory Technology PDO monofilament). The rings are meant to assist the surgeon in handling and placing the device more easily. Unfortunately they remain longer than they should, which leads to fracturing or buckling of the ring. This in turn can directly and indirectly cause negative effects on the adjacent organs and by causing the mesh material to migrate and contract, respectively. Furthermore, the combination of these component parts results in a product that has different layers that contract at different rates. For those with a ring, the layers, each contracting at different rates, contract against a ring that does not contract. These design failures subject patients to unnecessary risks, which result in injuries such as increased inflammation, chronic pain, nerve entrapment, chronic foreign body reaction, erosion, infection, recurrence, mesh contraction, mesh folding, mesh buckling, and other major complications.

**The ePTFE (expanded PTFE) mesh.** This mesh is made of an expanded version of PTFE (Polytetrafluoroethylene) material that was commonly used as an anti-adhesive barrier to the polypropylene part of the mesh product. Combining these two different types of mesh material together with different properties created different degradation and contraction rates of different layers of the mesh causing mesh contraction, mesh folding, and mesh buckling.

**Microporous mesh.** Bard uses mesh products that are knitted into a small pore design (< 1 mm in size). These small pore size inhibits tissue in-growth, limits bacterial clearance, increases the inflammatory response, and causes excessing scarring. Even worse, these meshes have multiple layers, some have rings, and all have PTFE stitching. These devices are not biocompatible. As stated earlier, Bard did not perform proper biocompatibility testing for these devices. For example, it did not perform biocompatibility testing for the Composix Kugel device or Ventralex device but instead relied on the biocompatibility testing performed for the Composix E/X and the Kugel Patch.[10] Notably, the Kugel patch biocompatibility testing identified a 90-day rabbit study from 1996 revealing encapsulation and migration of the mesh, which demonstrates the excessive scarring and poor incorporation of the mesh into the intended area.[11]

5) **The faulty design of Bard products with their version of anti-adhesion barrier.** Anti-adhesive barriers used for mesh are important in hernia surgery to minimize the unwanted adhesions and scar tissue from the mesh to the various parts of the body. This includes the omentum, liver, stomach, small bowel, large bowel, uterus, bladder, and other visceral organs. Normal post-operative adhesions are thin filmy tissue that develop between loops of intestines, visceral organs and the peritoneal lining or any combination of these structures. These asymptomatic filmy adhesions develop as a normal part of the healing process following any abdominal procedure and, as a result, are not a cause for concern. The inciting factor that leads to adhesion formation is inflammation, whether from tissue trauma, organ inflammation, or foreign materials such as mesh. While adhesions initially consist of filmy tissue, they can solidify—becoming denser—and lead

---

[10] Composix E/X 510(k), Composix Kugel 510(k), Ventralex 510(k).
[11] MPPE-00379090 (Kugel 510((k)).

to intestinal obstruction.[12] All bare polypropylene mesh causes an intense foreign body and inflammatory reaction when implanted, which is why surgeons avoid placing it next to internal organs. Studies have shown that polypropylene mesh has the highest density of adhesions in animal studies when compared to other types of mesh materials.[13] When polypropylene comes in contact with hollow visceral organs such as the bladder or intestines, the intense inflammatory reaction can lead to dense adhesions, resulting in, among other things, bowel obstructions with catastrophic consequences.[14] Permanent and resorbable components were developed in an attempt to protect the internal organs from the catastrophes associated with bare polypropylene. However, resorbable barriers do not provide long-term protection to the viscera.[15] Ineffective anti-adhesive barriers put the patient at risk for chronic pain, bowel obstruction, mesh erosion into visceral organs, fistula formation, and mesh infection.

**ePTFE** is a commonly used anti-adhesive barrier in many Bard mesh products. Unfortunately, it is not effective at preventing adhesions and due to its lack of porosity results in excessive scarring around the mesh. Moreover, Bard used the unexpanded form of ePTFE (PTFE) for its monofilament stitching, which can adhere to tissues, thus defeating the purpose of using ePTFE as an adhesion barrier.

**Seprafilm®** is a resorbable adhesion barrier manufactured by Genzyme and composed of chemically modified sodium hyaluronate and carboxymethylcellulose. It is marketed as an adhesion barrier that will reduce tissue to tissue adhesions during the immediate post-operative period following abdominal surgery. Prior to acquisition, Bard recognized that a potential weakness of the Seprafilm® technology is that it is only effective 51% of the time as an adhesion barrier.[16] Moreover, the Seprafilm® IFU even indicates that it is "resorbed within one week."[17] In fact, in a report by Becker et al, a randomized study involving the use of Seprafilm® showed a comparable incidence of small bowel

---

[12] Ouaissi, M., Gaujoux, S., Veyrie, N., et al., *Post-operative Adhesions After Digestive Surgery: Their Incidence and Prevention: Review of the Literature* (2012) J. Visc. Surg. 149(2): e104-14; Novitsky, Y., Harrell, A., Cristiano, J., et al., *Comparative Evaluation of Adhesion Formation, Strength of Ingrowth and Textile Properties of Prosthetic Meshes after Long-Term Intra-abdominal Implantation in a Rabbit* (2007) J. Surg. Res. 140(1): 6-11; Matthews, B., Mostafa, G., Carbonell, A., et al., *Evaluation of Adhesion Formation and Host Tissue Response to Intra-abdominal Polytetrafluoroethylene Mesh and Composite Prosthetic Mesh* (2005) J. Surg. Res. 123(2): 227-34.

[13] Novitsky, Y., Harrell, A., Cristiano, J., et al., *Comparative Evaluation of Adhesion Formation, Strength of Ingrowth and Textile Properties of Prosthetic Meshes after Long-Term Intra-abdominal Implantation in a Rabbit* (2007) J. Surg. Res. 140(1): 6-11; Matthews, B., Mostafa, G., Carbonell, A., et al., *Evaluation of Adhesion Formation and Host Tissue Response to Intra-abdominal Polytetrafluoroethylene Mesh and Composite Prosthetic Mesh* (2005) J. Surg. Res. 123(2): 227-34.

[14] Chuback, J., Singh, R., Sills, C., Dick, L., *Small Bowel Obstruction Resulting from Mesh Plug Migration After Open Inguinal Hernia Repair*. Surgery (2000) 127(4):475-6.

[15] MPPE-01496876 ("There is not a permanent barrier to prevent fistulas, bowel erosion, and adhesion formation."); MPPE-00005693; KPRE0162940.

[16] MPPE-01496875 (Genzyme Study).

[17] MPPE-13541024 (Seprafilm® IFU).

obstruction to the control group at 9% versus 10%, respectively.[18] As a surgeon specializing in hernia repairs for over 14 years, it is my opinion that a reasonable surgeon would interpret the IFU that accompanies Bard meshes with the Seprafilm coating to mean that the product is safe to insert intraperitoneally. Additionally, Bard's marketing brochure for its meshes with the Seprafilm® barrier (called ST Coating) specifically states that the adhesive coating "resorbs within 30 days providing visceral protection during the critical healing period."[19] Unfortunately, the true facts regarding the performance and safety of this device are far from what the IFU and Bard's physician educational materials imply. In fact, Bard failed to disclose in any of its educational materials the ST Coating could be completely absent in seven days or less.[20] The importance of the due diligence studies is that they provide no support for Bard's implication that any part of the ST Coating is present for more than 14 days, which Bard itself has recognized is not enough time for reperitonealization, which is the time that it takes the human's natural cells to cover the mesh before the mesh gets exposed to adjacent tissues. With the loss of any part of the protective ST Coating during the critical healing period, dense adhesions can develop between the intestines and the bare polypropylene causing severe injuries to the internal organs, such as bowel obstruction and fistulization.[21] Thus, the Bard meshes that had the ST Coating to avoid contact with the patient's viscera organ and avoid dense adhesions were also not an effective anti-adhesive barrier.

**Clinical Outcomes and Complications**

Poor design with increased risks leads to poor outcomes. Failure of a mesh manufacturer to properly and thoroughly identify and consider the relationship between the risk of complications and its relationship to design characteristics can have drastic, dangerous and life-changing consequences for patients. Neither surgeons nor patients are charged with the responsibility of designing and testing surgical meshes in a safe manner or being apprised of the latest scientific knowledge regarding the relationship between reported complications and their relationship to potential product design defects; this burden and responsibility falls squarely, and justifiably, on the shoulders of the manufacturer. Likewise, it is the responsibility of the manufacturer, not the physician or the patient, to appropriately warn of the known or knowable safety risks that accompany a particular product. Bard was not forthcoming with the risks associated with its products. Instead, Bard's Instructions for Use were non-specific and disingenuously imply that material does not matter. Additionally, Bard is not forthcoming with the FDA about the complaints it receives on its products and has been cited for this bad behavior several times.

---

[18] Becker, J., Dayton, M., Fazio, V., *Prevention of Postoperative Adhesions by a Sodium Hyaluronidate Based Membrane: A Prospective, Randomized Double Blind Multicenter Study* (1996) J. Am. Coll. Surg. 183(4): 297-306.
[19] MPPE-07809111.
[20] MPPE-09689153; MPPE-08899094; MPPE-01496878.
[21] MPPE-06121347.

<strong>Mr. David Anthony's Clinical History</strong>

The Plaintiff in this case had Bard Modified Kugel Mesh (reference number 0115810) implanted in his groin area for an acceptable medical use of the product, according to Bard's own documents. The Bard Modified Kugel Mesh was properly placed by the implanting physician. After a review of all the relevant medical records, I see no evidence of (1) improper placement, (2) contraindications to placement, or (3) other outside intervention that served to cause the observed failure of the Bard Modified Kugel Mesh in this case.

## Hernia Repair Procedures

Mr. David Anthony was 44 years old when he presented with a symptomatic left inguinal hernia to the surgeon's office in late January 2017. He was diagnosed with an incarcerated hernia and was recommended surgery as soon as possible. He underwent elective open left inguinal hernia repair with mesh with Dr. Joseph Magalski on February 3, 2017 at UVA Haymarket Medical Center in Haymarket, VA.  During the procedure, Mr. Anthony was found to have an indirect hernia that was contained omentum. After the hernia sac was reduced, the hernia repair was performed by placing the 10.2 cm underlay patch was placed in the preperitoneal space through the deep ring and was secured with 2-0 Vicryl, interrupted sutures. Then the onlay mesh that is part of the modified Kugel mesh kit, was placed onto the inguinal floor of the canal with a slit created for the passage of the spermatic cords. The onlay mesh was further secured to the pubic tubercle and the inguinal ligament with multiple, 2-0 Vicryl figure-of-8 sutures. The abdominal wall layers were then closed in standard fashion. No immediate complications were noted.

My review of the surgical procedure indicates that the Modified Kugel Mesh was properly placed in accordance with accepted medical principles and Bard's own instructions included in the Modified Kugel Mesh IFU.  Prior to the February 3, 2017 hernia repair surgery, Mr. Anthony did not have any chronic medical condition that would contribute to the mesh complication he develops afterwards.

Mr. Anthony was doing until 2022 when he developed left lower quadrant pain and fever in the fall of 2022. He was diagnosed diverticulitis and left groin infection where his prior hernia surgery had been. He underwent CT-guided percutaneous drainage of the left groin abscess on November 8, 2022 where 25 ml of "purulent, thick brown" fluid was removed. Given the likelihood that Mr. Anthony had mesh infection and how this infection would not improve without surgical removal, he underwent urgent operation with Dr. Charles Hyre on December 13, 2022 at Winchester Medical Center in Winchester, VA. Given the amount of infection present in his lower abdomen, the procedure was converted from laparoscopy to a major open abdominal surgery. There was significant disease of the sigmoid colon in the left lower abdomen, but it appeared that the left groin mesh was inside the abscess cavity of the colon, concerning for mesh erosion. The mesh was completely excised and the diseased segment of colon resected. There was a colovesical fistula that was repaired as well. After the partial resection of the diseased segment of colon, the colon was brought back into continuity with a colorectal anastomosis, but Dr. Hyre also performed a diverting loop ileostomy to protect the colorectal anastomosis from

leak given the contaminated nature of the procedure. No immediate complications were noted. The OR cultures obtained of the abscess grew Vancomycin-resistant enterococcus (VRE) and Candida albicans.

**Bard Modified Kugel Mesh**

Modified Kugel Mesh is similar in design and construct to the Composix Kugel mesh, Ventrio Hernia Patch, Ventralex mesh, and Ventralex ST mesh. The Modified Kugel Mesh contains two-layers of polypropylene mesh, knitted together circumferentially around the material. Since it was designed not to be placed adjacent to viscera organs, there is no anti-adhesive barrier. Also, the "ring" is less prominent than the non-absorbable PET ring used in the original Kugel Mesh.

Even though the "ring" is less prominent than the original Kugel Mesh, the "ring" design still consist of different material than the mesh material itself, which means that they have different material characteristics such as degradation, resorption and biomechanical properties. These differences can lead to mesh wrinkling, mesh buckling, mesh migration, and mesh contraction. Furthermore, the polypropylene mesh that is used is the same material that was contraindicated for human implantation by the manufacturers due to the concern for severe inflammatory response leading to mesh contraction, mesh migration, aggressive mesh adhesion, chronic pain, erosion into visceral organs, bowel obstructions and mesh infection. The combination of these component parts results in a product that has different layers that contract at different rates, and for those with a ring, the layers, each contracting at different rates, contract against a ring that does not contract. These design failures subject patients to unnecessary risks, which result in injuries such as increased inflammation, chronic pain, nerve entrapment, chronic foreign body reaction, erosion, infection, recurrence, mesh contraction, mesh folding, mesh buckling, and other major complications.

I believe that Mr. Anthony's mesh erosion into his sigmoid colon and subsequent infection/abscess that resulted following his February 3, 2017 surgery were due to the inherent design defect of the Bard Modified Kugel Mesh as described above.

**Conclusion**

Based upon, my review of the medical record, Bard's internal documents, the relevant medical literature, and my extensive experience and training, it is my expert opinion, to a reasonable degree of medical certainty, that the inherent design defect of the Bard Modified Kugel Mesh led to Mr. Anthony's mesh erosion into his sigmoid colon and infection/abscess from increased inflammation of the polypropylene mesh material and the construct of the Modified Kugel Mesh.

It is the failure of the Bard Modified Kugel Mesh to perform in the manner expected as advertised by Bard that has caused Mr. Anthony's injuries and has the potential to cause additional complications in patients such as Ms. Anthony. In addition, Mr. Anthony will require

another surgical procedure to reverse his loop ileostomy and re-repair his recurrent left inguinal hernia.

All of my opinions are to a reasonable degree of medical certainty. I understand discovery is still ongoing in this case, and I reserve my right to amend my opinions if further information is provided in any form including, but not limited to, corporate documents, depositions and expert reports of both Plaintiff and Defense experts.

Signed this 25th day of November, 2024.

_____

Jin Yoo, MD

# **EXHIBIT A**:

*Curriculum Vitae*

*CURRICULUM VITAE*

**Date Prepared:** May 18, 2024

**Name (complete with degrees):** Jin Soo Yoo, MD

**Primary academic appointment (department):** Department of Surgery, Division of Minimally Invasive Surgery

**Present academic rank and title (if any):** Assistant Professor of Surgery

**Medical licensure: North Carolina License #** 2009-00496
**Date of License (Month/Day/Year):** April 3, 2009

**Specialty certification(s) and dates (Month/Day/Year):** N/A

**Date of birth:** ▉▉▉▉▉▉▉          **Place (include city/state/country):** Seoul, Korea
**Citizen of:** United States of America
**Visa Status (if applicable):**

| **Education:** | **Institution** | **Date** (Year) | **Degree** |
|---|---|---|---|
| **High School** | James W. Robinson Secondary School (Fairfax, VA) | 1990 - 1994 | |
| **College** | George Mason University (Fairfax, VA) | 1994 - 1998 | BS (Medical Techology) |
| **Graduate School** | University of Virginia School of Medicine (Charlottesville, VA) | 1998 - 2002 | MD |

**Scholarly societies (Alpha Omega Alpha, Sigma Xi, Phi Beta Kappa, etc.):**
N/A

**Professional training and academic career (chronologically commencing with first postdoctoral position):**

| **Institution** | **Position/Title** | **Dates** |
|---|---|---|
| Duke University Medical Center | General Surgery Intern | 6/2002 - 6/2003 |
| Duke University Medical Center | General Surgery Junior Assistant Resident | 6/2003 - 6/2004 |

| Duke University Medical Center | Research Fellow | 6/2004 - 6/2006 |
| Duke University Medical Center | General Surgery Senior Assistant Resident | 6/2006 - 6/2008 |
| Duke University Medical Center | General Surgery Chief Resident | 6/2008 - 6/2009 |
| Duke University Medical Center | Bariatric / Minimally Invasive Surgery Fellow | 7/2009 - 6/2010 |

**Publications: (Do not include submitted papers or papers in preparation. List separately those papers in press.)**

1. **Refereed journals:  (Refereed journals are scientific publications that have active editorial boards and a system of critical review of all submissions for publication.) (Please number all entries sequentially #1 oldest)**

   1. Ko SH, Ueno T, Yoshimoto Y, **Yoo JS**, Abdel-Wahab OI, Abdel-Wahab Z,  Chu E, Pruitt SK, Friedman HS, Dewhirst MW, Tyler DS:  Optimizing a novel regional chemotherapeutic agent against melanoma:  hyperthermia-induced enhancement of temozolomide toxicity. *Clin Cancer Res* 2006; 12: 289-97.

   2. Yoshimoto Y, Augustine CK, **Yoo JS**, Zipfel PA, Selim MA, Pruitt SK, 2) Friedman HS, Ali-Osman F, Tyler DS:  Defining regional infusion treatment strategies for extremity melanoma – a comparative analysis of melphalan and temozolomide as regional chemotherapeutic agents.  Mol Cancer Ther 2007; 6: 1492-500.

   3. Beasley GM, Petersen RP, **Yoo J**, McMahon N, Aloia A, Petros W, Sanders G, Cheng TY, Pruitt SK, Seigler H, Tyler DS:  Isolated Limb Infusion for In-transit Malignant Melanoma of the Extremity: A Well Tolerated but Less Effective Alternative to Hyperthermic Isolated Limb Perfusion. Ann Surg Oncol 2008; 15(8): 2195-2205.

   4. Augustine CK, **Yoo JS**, Potti A, Yoshimoto Y, Zipfel PA, Friedman HS, Nevins JR, Ali-Osman F, Tyler DS:  Genomic and molecular profiling predicts response to temozolomide in melanoma. Clinical Cancer Research 2009; 15(2): 502-10.

   5. Toshimitsu H, Yoshimoto Y, Augustine CK, Padussis JC, **Yoo JS**, Angelica Selim M, Pruitt SK, Friedman HS, Ali-Osman F, Tyler DS. Inhibition of Poly(ADP-Ribose) Polymerase Enhances the Effect of Chemotherapy in an Animal Model of Regional Therapy for the Treatment of Advanced Extremity Malignant Melanoma. Ann Surg Oncol. 2010 Feb 24.

   6. Augustine CK, Jung SH, Sohn I, **Yoo JS**, Yoshimoto Y, Olson JA Jr, Friedman HS, Ali-Osman F, and Tyler DS.  Gene Expression Signatures as a Guide to Treatment Strategies for In-transit Metastatic Melanoma.  Mol Cancer Ther. 2010 April ; 9(4): 779-90.

   7. Augustine CK, Toshimitsu H, Jung SH, Zipfel PA, **Yoo JS**, Yoshimoto Y, Selim MA, Burchette J, Beasley GM, McMahon N, Padussis J, Pruitt SK, Ali-Osman F, Tyler DS. Sorafenib, a Multikinase Inhibitor, Enhances the Response of Melanoma to Regional Chemotherapy. Mol Cancer Ther. 2010 Jun 22.

   8. Reinke CR, Tabone LE, Fong P, **Yoo JS**, Park CW. Safety and Efficacy of Polymeric Clips for Appendiceal Stump Closure. JSLS 2016; July-Sept; 20 (3).

9. Guerron AD, Lee HJ, **Yoo J**, Seymour K, Sudan R, Portenier D, and Park C.  Laparoscopic Single-Site Inguinal Hernia Repair Using a Self-Fixating Mesh. JSLS 2017; Jan-Mar; 21(1).

10. Szoka N and **Yoo J**.  Use of Mini-Laparoscopic Percutaneous Graspers for Laparoscopic Cholecystectomy. CSurgeries.com.  Published Feb 14,2017.

11. Bittner JG, El-Hayek K, Strong AT, LaPinska MP, **Yoo JS**, Pauli EM, Kroh M. First Human Use of Hybrid Synthetic / Biologic Mesh In Ventral Hernia Repair: A Multicenter Trial. Surg Endosc 2018; 32 (3): 1123-30.

12. Ortega CB, Guerron AD, and **Yoo JS.**  The Use of Fluorescence Angiography During Laparoscopic Sleeve Gastrectomy.  JSLS 2018; Apr-June.

13.  Davis M, Davalos G, Ortega C, Chen S, Schimpke S, Jain-Spangler K, **Yoo J**, Seymour K, Sudan R, Portenier D, Guerron AD.  Magnetic Liver Retraction: an Incision-Less Approach for Less Invasive Bariatric Surgery.  Obes Surg 2019 Mar;29(3):1068-1073.

14. Luhrs AR, Davalos G, Lerebours R, **Yoo J**, Park C, Tabone L, Omotosho P, Torquati A, Portenier D, and Guerron AD.  Determining Changes in Bone Metabolism After Bariatric Surgery in Postmenopausal Women.  Surg Endosc 2020; 34 (4): 1754-1760.

15. Jung JJ, Juni P, Gee DW, Zak Y, Cheverie J, **Yoo JS**, Morton JM, and Grantcharov. Development and Evaluation of a Novel Instrument to Measure of Intraoperative Events Using Video Data.  Ann Surg 2020; 272 (2): 220-6.

16. Perez JE, Schmidt MA, Narvaez A, Welsh LK, Diaz R, Castro M, Ansari K, Cason RW, Bilezikian JA, Hope W, Guerron AD, **Yoo J**, and Levinson H.  Evolving concepts in ventral hernia repair and physical therapy: prehabilitation, rehabilitation, and analogies to tendon reconstruction.  Hernia 2021; Aug;25(4):1-13.

17. Juo YY, Park C, **Yoo J**, Guerron D, Sudan R, Friedman K, Portenier D, Seymour KA. Technical feasability, outcomes, and patient satisfaction after needlescopic and laparoscopic bariatric surgery: a randomized study.  Obes Surg 2021 Nov;31(11):5085-5091.

18. Lima DL, Mohamedaly S, Hollins A, **Yoo J**, Harris H, Hollins A, Malcher F. A Novel Polypropylene Mesh (T-Line) for Abdominal Wall Repair: Early Experience at Three Centers in the United States. Surg Technol Int 2023 Feb 1; Vol 42.

19. Naga HI, Emovon E, Kim JK, Hernandez JA, **Yoo JS**.  T-Line Hernia Mesh Repairs of Large Umbilical Hernias:  Technique and Short-term Outcomes.  Plast Reconstr Surg Glob Open 2024 March 20; 12(3):e5668.

**2.  Non-refereed publications:     (Non-refereed publications are those that frequently solicit articles and do not routinely use a system of critical review prior to publication.)**

**3.  Major invited lectures**

1. **Yoo JS**, Yoshimoto Y, Petersen RP, Pruitt SK, Ali-Osman F, and Tyler DS. Glutathione S-transferase as a marker of metastatic potential. <u>American College of Surgeons Surgical Forum,</u> San Francisco, CA, October 2005. (ORAL PRESENTATION)

2. **Yoo JS**, Augustine CK, Yoshimoto Y, Petersen RP, Pruitt SK, Ali-Osman F, Tyler DS. Role of BAY 43-9006 in Combination with Melphalan and Temozolomide in Metastatic Melanoma. <u>Society of Surgical Oncology</u>, San Diego, CA, March 2006. (ORAL PRESENTATION)

3. Omotosho P, **Yoo JS**, and Pryor AD. Laparoscopic low anterior resection with transrectal specimen extraction and intracorporeal anastomosis. <u>Digestive Disease Week</u>, New Orleans, LA, May 1-5, 2010. (VIDEO PRESENTATION)

4. Guest Speaker for NC Triangle Chapter of AMSN (Academy of Medical-Surgical Nurses) Meeting, "Care of the Bariatric Surgery," Duke Raleigh Hospital, July 22, 2010

5. Invited Speaker at Halifax Regional Hospital for a CME course, "Minimally-Invasive MIS," South Boston, VA, July 27, 2010.

6. Invited Speaker at (AAPC) NC State Coders Convention, "Weight Loss Surgery," Durham, NC, October 31, 2010

7. Invited Speaker for Cook Medical**.** Mesh choices and Endoscopic Component Separation. Central Carolina Surgery, P.A., Greensboro, NC, March 21, 2011

8. Invited Speaker for Covidien**.** Component Separation: An Essential Technique for Use in Abdominal Wall Reconstruction, Hilltop House, Fayetteville, NC, June 21, 2011

9. Invited Speaker for Cook Medical**.** Component Separation: An Essential Technique for Use in Abdominal Wall Reconstruction, Bristol, England, July 4-5, 2011

10. Invited Speaker for Gore**.** Component Separation: An Essential Technique for Use in Abdominal Wall Reconstruction, New Bern, North Carolina, July 7, 2011

11. Invited Speaker for Covidien**.** Component Separation: An Essential Technique for Use in Abdominal Wall Reconstruction, Lynchburg, VA, July 13, 2011

12. Invited Speaker for Gore**.** Component Separation: An Essential Technique for Use in Abdominal Wall Reconstruction, Raleigh, North Carolina, September 14, 2011 (with Todd Heniford)

13. Invited Speaker for Cook Medical**.** Clinical Applications of Biologic Meshes, Orlando, FL, August 28, 2013

14. Invited Speaker for Covidien, Advanced Laparoscopic Ventral Hernia Repair – Live! Virtual Symposium, Grand Hyatt Washington at Capitol Hill, Washington, DC, March 5, 2014

15.  Invited Speaker, "Sleeve obstruction from herniation into chest," Video Based Course Complication – The Problem Patient, Obesity Week 2014, Boston, Massachusetts, November 3, 2014.

16.  Invited Speaker for Gore**.** A Duke Surgeon's Perspective on the Use of Gore's Bioabsorbable Technology in Bariatric and General Surger, Red Bank, NJ, March11, 2015.

17. Invited Speaker, "My Perspective on SLR in Bariatric Surgery," W.L. Gore National WebEx Presentation for Sales Force, April 2, 2015.

18.  Invited Speaker, "Recreating the Midline – Where, When, Why?" Post-Graduate Course: The Recurrent Hernia – Strategies for Success , SAGES 2015, Nashville, TN, April 15, 2015.

19.  Invited Co-Moderator, "Scientific Session SS10:  Top Hernia Videos," SAGES 2015, Nashville, TN, April 17, 2015.

20. Invited Speaker, "ERAS:  Bariatric Edition," 2015 NC/SC Chapters, ACS Joint Annual Meeting, Pinehurst, NC, July 18, 2015.

21. Invited Speaker, "Application of Fluorescence Imaging Technology in Bariatric Surgery," Stryker Marketing Summit, Austin, TX, July 21-22,  2015.

22. Invited Speaker, "Application of Pinpoint in Bariatric Surgery," Novadaq National WebEx Presentation for Sales Force, September 3, 2015.

23. Invited Speaker, "The Art of Creating a Consistent Sleeve Through the Science of Innovation," Medtronic National WebEx Presentation, September 24, 2015.

24. Invited Speaker, "In Search of the Perfect Sleeve," Medtronic Dinner Presentation, Philadelphia, PA, October 1, 2015.

25. Invited Speaker, "Improving How We Do Sleeve Gastrectomies," 2015 Medtronic National Sales Meeting, Orlando, FL, October 29, 2015.

26. Invited Speaker, "Laparoscopic Cholecystectomy," Stryker National WebEx Presentation for Sales Force, October 29, 2016.

27. Invited Speaker, "Application of Fluorescence Imaging Technology in Bariatric Surgery," Stryker Training Lab, Tampa, FL, November 12, 2015.

28. Invited Speaker, "Value of AIM 1588 Platform in Surgery," Stryker Dinner Presentation, San Antonio, TX, November 17, 2015.

29. Invited Speaker, "Bariatric Surgery," Stryker National WebEx Presentation for Sales Force, November 19, 2015.

30. Invited Speaker, Live Telesurgery from Duke, Gore Experts in Obesity Meeting – Milan, Italy, December, 3, 2015

31. Invited Speaker, "Application of Pinpoint and Spy Elite in Surgery," Novadaq Dinner Presentation, Atlanta, GA, December 14, 2015.

32. Invited Speaker, "Application of Pinpoint in Bariatric Surgery and Laparoscopic Cholecystectomy," 2016 Novadaq National Sales Meeting, Dallas, TX, January 12-13, 2016.

33. Invited Speaker, "Colorectal Surgery," Stryker National WebEx Presentation for Sales Force, January 28, 2016.

34. Invited Speaker, "Value of AIM 1588 Platform in Surgery," Stryker Dinner Presentation, Philadelphia, PA, February 2, 2016.

35. Invited Speaker, "Value of AIM 1588 Platform in Surgery," Stryker Dinner Presentation, Austin, TX, February 16, 2016.

36. Invited Speaker, "Application of Pinpoint in General and Bariatric Surgery," Novadaq Dinner Presentation, Charleston, WV, February 17, 2016.

37. Invited Speaker, "Application of Pinpoint in General Surgery," Novadaq Dinner Presentation, Jacksonville, FL, March 8, 2016.

38. Invited Speaker, "Application of Pinpoint in General Surgery," Novadaq Dinner Presentation, Ocala, FL, March 31, 2016.

39. Invited Speaker, "Spotlight on Perfusion: New Data and Technology," Medtronic National WebEx Presentation, April 26, 2016.

40. Invited Speaker, "Value of AIM 1588 Platform in Bariatric Surgery," Stryker / TN ASMBS Dinner Presentation, Nashville, TN, May 12, 2016.

41. Invited Speaker, "Application of Pinpoint in Bariatric Surgery," Novadaq iSPIES Summit, Las Vegas, NV, May 20-21, 2016.

42. Invited Speaker, "Application of Pinpoint in Colorectal Surgery," Novadaq Dinner Presentation, Miami, FL, May 23, 2016.

43. Invited Speaker, "Application of Pinpoint in Laparoscopic Cholecystectomy," Novadaq National WebEx Presentation for Sales Force, June 14-15, 2016.

44. Invited Speaker, "Application of Pinpoint in General Surgery," Novadaq Dinner Presentation, Columbia, SC, June 23, 2016.

45. Invited Speaker, "Endoscopic treatment of GERD and Obesity," 2016 Medical College of Georgia – Medical and Surgical Approaches to GI Disorders, Kiahua Island, SC, July 22, 2016.

46. Invited Speaker, "Value of AIM 1588 Platform in Colorectal and General Surgery," Stryker Dinner Presentation, Anchorage, AK, July 25, 2016.

47. Medical and Surgical Approaches to GI Disorders (Medical College of Georgia at Augusta University), (1) Endoscopic Management of GERD, (2) Endoscopic Obesity Management, Kiahua Island, SC, July 22, 2016.

48. Invited Speaker, "Application of Pinpoint in General Surgery," Novadaq Dinner Presentation, Morgantown, WV, August 9, 2016.

49. Invited Speaker, "Application of Pinpoint in Bariatric Surgery," Novadaq iSPIES Summit, Las Vegas, NV, September 16-17, 2016.

50. Invited Speaker, "Application of Pinpoint in General Surgery," Novadaq Dinner Presentation, Tallahassee, FL, September 20, 2016.

51. Invited Speaker, "Application of Pinpoint in General Surgery," Novadaq Dinner Presentation, San Jose, CA, September 27, 2016.

52. Invited Speaker, "Laparoscopic Cholecystectomy: Technique and Pitfalls." Chairman's Friday Conference, Durham, NC, September 30, 2016.

53. Invited Speaker, "Application of Pinpoint in Bariatric Surgery," Novadaq Dinner Presentation, Ocala and Daytona, FL. October 3-4, 2016.

54. Invited Speaker, "Fluorescence Imaging: Seeing More Before, During and After Cholecystectomy – Maximizing Efficiency and Safety," Novadaq-sponsored Presentation, ACS Clinical Congress 2016, October 19, 2016.

55. Invited Speaker for Gore**.** (1) Adequate Dissection Crural Dissection and Hiatal Hernia Repair in Bariatric Surgery. (2) Optimizing Outcomes in the Complex and Revisional Bariatric Patient. Frasers Restaurant, Perth, Australia, Oct 24, 2016.

56. Invited Speaker for Gore**.** (1) Adequate Dissection Crural Dissection and Hiatal Hernia Repair in Bariatric Surgery. (2) Optimizing Outcomes in the Complex and Revisional Bariatric Patient. Gamboro Hotel, Brisbane, Australia, Oct 25, 2016.

57. Invited Speaker for Gore**.** (1) Adequate Dissection Crural Dissection and Hiatal Hernia Repair in Bariatric Surgery. (2) Optimizing Outcomes in the Complex and Revisional Bariatric Patient. Doltone House (Darling Island), Sydney, Australia, Oct 27, 2016.

58. Invited Speaker, "Revisional Options After Sleeve Gastrectomy." **Faculty instructor**, OSSANZ 2016. Doltone House (Jones Bay Wharf), Sydney, Australia, Oct 27-29, 2016.

59. Invited Speaker, " (1) Laparoscopic Inguinal Hernia Repair in Complex and Emergent Settings. (2) Ventral Hernia Repairs in Contaminated Field and Bariatric Procedures." Hernia Forum 2016. **Faculty instructor**, The Westin Sydney, Sydney, Australia, Oct 29-30, 2016.

60. Invited Speaker, "Utilizing Fluorescence Imaging to Reduce Complications in Laparoscopic Cholecystectomy," Novadaq National WebEx Presentation for Surgeons, November 9, 2016.

61. Invited Speaker, "Application of Pinpoint in Surgery," Novadaq Dinner Presentation, Greenville, SC, December 6, 2016.

62. Invited Speaker, "Application of Pinpoint in Gallbladder, Bariatric and Colorectal Surgery," Novadaq Dinner Presentation, Jacksonville, FL, December 7, 2016.

63. Invited Speaker, "Application of Pinpoint in Gallbladder and Colorectal Surgery AND Spy Elite," Novadaq Dinner Presentation, Fort Myers, FL, December 13, 2016.

64. Invited Speaker, "Application of Pinpoint in Gallbladder and Colorectal Surgery," Novadaq Dinner Presentation, Fort Myers, FL, February 7, 2017.

65. Invited Speaker, "Application of Pinpoint in Bariatric Surgery and Gallbladder Surgery," Novadaq iSPIES Summit, Las Vegas, NV, February 10-11, 2017.

66. Invited Speaker, "What's New in Bariatric Surgery," Duke GI Grand Rounds, Durham, NC, February 15, 2017.

67. Invited Speaker, "Application of Pinpoint in Gallbladder, Bariatric and Colorectal Surgery," Novadaq Dinner Presentation, Wilmington, NC, February 21, 2017.

68. Invited Speaker, "Application of Pinpoint in Gallbladder, Bariatric and Colorectal Surgery," Novadaq Dinner Presentation, Flint, MI, February 24, 2017.

69. Invited Speaker for Gore**.** Optimizing Outcomes in Bariatric Surgery.  Ruth Chris Steakhouse, St Louis, MO, February, 28, 2017.

70. Invited Speaker, "The Use of Fluorescence Imaging Technology in Bariatric Surgery" Surgical Disruptive Technology Summit 2017, Houston, TX, March 19-20, 2017.

71. Invited Speaker, "Application of Pinpoint in Gallbladder Surgery," Novadaq iSPIES Summit, Las Vegas, NV, May 5-6, 2017.

72. Invited Speaker, "Application of Pinpoint in Gallbladder, Bariatric and Colorectal Surgery," Novadaq Dinner Presentation, Brunswick, GA, May 25, 2017.

73. Invited Speaker, "Application of Pinpoint in Gallbladder, Bariatric and Colorectal Surgery," Novadaq Dinner Presentation, Nashville, TN, April 25, 2017.

74. Invited Speaker, "Application of Pinpoint in Gallbladder and Colorectal Surgery," Novadaq Dinner Presentation, Brunswick, GA, August 7, 2017.

75. Invited Speaker, "Application of Pinpoint in Bariatric Surgery and Gallbladder Surgery," Novadaq iSPIES Summit, Las Vegas, NV, September 15-16, 2017.

76. Invited Speaker, "Role of Intraoperative Imaging in Attaining the Critical View of Safety" Devils in the Details: Getting Critical View of Safety Session, SAGES 2018, Seattle, WA, April 13, 2018.

77. Invited Speaker, "My Experience with Airseal," For Conmed at ACS Clinical Congress 2018, Boston, MA, October 23, 2018.

78. Invited Speaker, "My Experience with Airseal," Conmed National WebEx Presentation, November 8, 2018.

79. Invited Speaker, "Mesh Fixation and Power Stapling," Medtronic National WebEx Presentation, February, 27, 2019.

80. Invited Speaker, "Ventral Hernia Repair with Gore meshes," W.L. Gore Evening of Clinical Discussion Dinner Presentation, Frederick, MD, March 28, 2019.

81. Invited Speaker, "Ventral Hernia Repair in the Morbidly Obese Patients." Puerto Rico Chapter of ACS 2019, San Juan, PR, May, 18, 2019.

82. Invited Speaker, "Fluorescence Imaging-assisted Surgery in General Surgery." AST Surgical Technologist Conference 2019, Washington, DC, June 1, 2019.

83. Invited Speaker, "Ventral Hernia Repair in the Morbidly Obese Patients." NC-SC Chapter of ACS 2019, Pinehurst, NC, July 19-21, 2019.


4. **Chapters in books:**

1. **Yoo, Jin S**. "Fundamental Procedures – Incision & Drainage of Cutaneous Abscess." First Exposure General Surgery. Ed. Danny O. Jacobs. New York: McGraw-Hill. 2007. 406-409.

2. **Yoo, Jin S** and Aurora D. Pryor. "Laparoscopic Pancreas Surgery." Atlas of Laparoscopic Surgery (3rd ed). New York: McGraw-Hill. 2008.

3. **Yoo, Jin S** and Aurora D. Pryor. "Access in Laparoscopic Surgery." UptoDate.com

4. **Yoo, Jin S** and Theodore N. Pappas. "Laparoscopic Bile Duct Surgery." Maingot's Abdominal Operations (12th ed). New York: McGraw-Hill. 2010.

5. **Yoo, Jin S** and Keri Seymour. "Management of Inguinal Hernia Recurrences (When Pain is the Primary Symptom)" Jacobs BP et al. The SAGES Manual of Groin Pain. Springer. 2016.

6. Welsh, LK, **Yoo JS**, and Guerron AD. "The Use of Near Infrared Fluorescence in Sleeve Gastrectomy." Video Atlas of Fluorescence Imaging Texbook. Springer. 2020.

7. Landin, M and **Jin S Yoo**. Ventral Incisional Hernia Repair. Fundamentals of Hernia Radiology. Springer. *IN PROCESS.*

**5. Books:** (Indicate authors or editor)

**6. Non-authored publications: (Faculty member formally acknowledged in the publication for her/his contributions)**

**7. Other: a. Published scientific reviews (for mass distribution)**

 **b. Selected abstracts**

1. Yoshimoto Y, **Yoo JS**, Augustine CK, Pruitt SK, Tyler DS.  The Role of Chemoresistance in Regional infusion therapy for melanoma.  <u>Society of Surgical Oncology</u>, San Diego, CA, March 2006.

2. Zager JS, Gershenwald JE, Aldrink J, Lin E, Cormier JN, Cheng T, **Yoo JS**, Lee JE, Tyler DS, and Ross MI.  Isolated Limb Infusion for Locally Recurrent and In-transit Extremity Melanoma: A Combined Institutional Initial Experience.  <u>Society of Surgical Oncology</u>, San Diego, CA, March 2006.

3. Tano R, **Yoo JS**, Tyler DS, Augustine C, Ali-Osman F, Friedman HS, Stinnett SS, Jaffe GJ, Mruthyunjaya P.  The in vitro Efficacy of Combining Temozolomide with O6-Benzylguanine in Human Choroidal Melanoma Cell Lines. <u>Association of Vision and Research in Ophthalmology,</u> Ft Lauderdale, FL, April/May 2006.

4. **Yoo JS**, Augustine CK, Yoshimoto Y, Zipfel PA, Petersen RP, Pruitt SK, Ali-Osman F, Tyler DS.  Predicting Temozolomide Resistance with MGMT RNA Expression in Metastatic Melanoma. <u>AACR Molecular Diagnostics in Cancer Therapeutic Development</u>, Chicago, IL, September 2006.

5.  Jain-Spangler K, **Yoo J**.  Does Simultaneous Hiatal Hernia Repair with Laparoscopic Roux-en-Y Gastric Bypass Effect Outcomes? SAGES 2012, March 2012.

6. Podolsky ER and **Yoo J.**  Hybrid Ventral Hernia Repair: A Novel Approach To Abdominal Wall Reconstruction. American Hernia Society Meeting 2014, May 2014.

7. Szoka N, **Yoo J.**  Improving Sleeve Gastrectomy Technique Using Fluorescent Imaging System (Oral Presentation). ACS Clinical Congress, 2016, Oct 17, 2016.

8. A. Wang, M. Turner, S. Sprinkle, A. D. Guerron, D. Portenier, C. Park, R. Sudan, K. Seymour and **J Yoo**.  Concurrent Sleeve Gastrectomy and Hiatal Hernia Repair is Safe and Improves Weight Loss. 12th Annual Academic Surgical Congress, February 7, 2017

9. Chen S, Schimpke S, Davis M, Ortega CB, Park C, **Yoo J**, Seymour K, Guerron AD, Sudan R, Jain-Spangler K, and Portenier D. Laparoscopic Hepaticojejunostomy for Obstructed Biliary Stent.  (Video Presentation).  SAGES 2018, Seattle, WA. April 11-14, 2018.

10. Davis MJ, Ortega CB, Portenier D, Park C, Sudan R, **Yoo J**, Seymour K, Chen S, Schimpke S, and Guerron AD. Magnetic Surgery for Liver Retraction: An Incision-less Approach for Less Invasive Bariatric Surgery. SAGES 2018, Seattle, WA. April 11-14, 2018.

11. Ortega CB, Ingram J, Lee HJ, Moris D, Sudan R, Seymour K, **Yoo J**, Park C, Portenier D, and Guerron AD. Asthma Medication Usage is Significantly Reduced Following Bariatric Surgery. SAGES 2018, Seattle, WA. April 11-14, 2018.

12. Ortega CB, and Guerron AD, and **Yoo J.** The Use of Fluorescence Angiography to Minimize Risk of Ischemia During Laparoscopic Sleeve Gastrectomy (Poster Presentation). SAGES 2018, Seattle, WA. April 11-14, 2018.

13. Schimpke SW and **Yoo J.** Extrahepatic Bile Duct Anomalies: A Case Series Using Fluorescent Cholangiography. (Oral Video Presentation). SAGES 2018, Seattle, WA. April 14, 2018.

14. Narvaez A, Welsh K, Diaz R, Davalo G, Guerron D, and **Yoo J**. Bladder injury and repair during laparoscopic inguinal hernia surgery. (VE106 Challenging and Unusual Problems in Surgery). Monday, Oct 25, 2019. ACS Clinical Congress 2019, San Francisco, CA.

14. Narvaez A, Perez JE, Guerron AD, Luhrs A and **Yoo J**. Gastric band erosion into gastric remanant in a patient with band over bypass. (Video Session I). Obesity Week SAGES 2019, Las Vegas, NV. Wednesday, Nov 6, 2019.

 

   **c. Editorials, position, and background papers** N/A

1. Yoo JS et al. "A Clinical Experience on Using Buttressing Material for Staple Line Reinforcement in Bariatric and Metabolic Procedures." Spotlight on Technology, Bariatric Times, August 2014.

2. Yoo JS et al. "Considerations in Selecting Mesh for Hernia Repair: Evaluating the Role of a Hybrid Hernia Device." General Surgery News, Special New Report, McMahon Publishing, November 2014.

3. Yoo JS. "Managing Surgical Smoke Risk While Improving Visualization and Minimizing Patient $CO_2$ Exposure Using Ultravision System During Laparoscopy." General Surgery News, Clinical Experience, McMahon Publishing, March 2022.

 

   **d. Patents** N/A

**8. Courses**
   1. Cook Medical 2009 Educational Vista on Biologics, San Antonio, TX, November 13-14, 2009

2. Ethicon REALIZE Adjustable Gastric Band Training Course, Durham, NC, December 14, 2009

3. Allegan LAP-BAND Adjustable Gastric Banding System *Surgeon Training Workshop*, Dallas, TX, February 4-5, 2010

4. LifeCell Challenging Hernia Repair *Surgeons Forum*, Las Vegas, NV, March 12-13, 2010

5. Cook Medical Educational Lab: Component Separation for Abdominal Wall Reconstruction / Mini-Fellowship with Dr. Michael Rosen at Case Medical Center, Cleveland, OH, March 25-26, 2010

6. Ethicon Realize Band Preceptorship with Dr. Matthew Brengman and Dr. Gregory Shroder at St. Mary's Hospital, Richmond, VA, May 27-28, 2010

7. Olympus Laparo-Endoscopic Single-Site Surgery for General Surgery Course with Dr. Jose M. Martinez and Dr. Alberto R. Iglesias at University of Miami Miller School of Medicine, Miami, FL, June 17-18, 2010

8. Duke Advanced Bariatric Course, Duke University Medical Center, **Faculty instructor**, September 16-17, 2010

9. Cook Medical Component Separation Lab, Florida Hospital Celebration Health, **Faculty instructor,** November 11-12, 2010

10. Duke Hernia Repair Workshop, Duke University Medical Center, **Course director / Faculty instructor**, December 2-3, 2010

11. Duke Laparoscopic Sleeve Gastrectomy Course, Duke University Medical Center, **Faculty instructor**, February 3-4, 2011

12. Gore Component Separation in General Surgery Course with Dr. Alfredo Carbonell and Dr. William Cobb, Greenville, SC, February 18, 2011

13. Duke Masters of Minimally Invasive Surgery Course, **Co-course director (Hernia section),** Orlando, FL (JW Marriott), March 4-6, 2011

14. SAGES Advanced Laparoscopic Hernia Surgery Resident Course, **Faculty instructor**, Durham, NC, April 21-22, 2011

15. Gore Bariatric Course with CMC Bariatric Surgeons (Gersin, Kuwada, and Stefanidis) and Dr. John D. Scott, Bohemian Hotel – Celebration, Celebration, FL, June 10-11, 2011

16. Duke Laparoscopic Sleeve Gastrectomy Course, Duke University Medical Center, **Faculty instructor**, August 11-12, 2011

17. Duke Hernia Repair Workshop, Duke University Medical Center, **Course director / Faculty instructor**, October 21-22, 2011

18. Duke Laparoscopic Sleeve Gastrectomy Course, Duke University Medical Center, **Faculty instructor**, March 21-22, 2012

19. Duke Masters of Bariatric Surgery, **Faculty instructor,** Orlando, FL (JW Marriott), April 12-14, 2012

20. Cook Medical's Educational Workshop: Parastomal Reinforcement & Abdominal Wall Reconstruction using Component Separation, Bohemian Hotel – Celebration, Celebration, FL, **Faculty instructor**, May 17-18, 2012

21. Duke Hernia Repair Workshop, Duke University Medical Center, **Course director / Faculty instructor**, July 19-20, 2012

22. Duke Laparoscopic Sleeve Gastrectomy Course, Duke University Medical Center, **Faculty instructor**, September 13-14, 2012

23. Duke CME Event for Primary Care Physicians – A Comprehensive Guide to Weight Loss Surgery Patients for Primary Care Physicians, Washington Duke Inn, Durham, NC, **Faculty Instructor,** January 26, 2013

24. Duke Laparoscopic Ventral Hernia Course, Duke University Medical Center, **Course Director / Faculty instructor**, March 7-8, 2013

25. Duke Masters of Bariatric Surgery, **Faculty instructor,** Orlando, FL (JW Marriott), April 4-6, 2013

26. Duke / Gore Bariatric Revision Course, Charleston Place Hotel – Charleston, SC, **Faculty instructor**, May 9-10, 2013

27. Duke University-Shanghai Pudong Masters of Metabolic and Bariatric Surgery & 2013 East-Sea International Forum on Metabolic Surgery Course, Shanghai, China, Faculty instructor, May 24-26, 2013

28. Duke CME Event for Primary Care Physicians – A Comprehensive Guide to Weight Loss Surgery Patients for Primary Care Physicians, Raleigh Marriott City Center, Raleigh, NC, **Faculty Instructor,** June 15, 2013

29. Covidien Laparoscopic Sleeve Gastrectomy Course, Duke University Medical Center, **Faculty instructor**, June 20-21, 2013

30. Duke Hernia Repair Workshop, Duke University Medical Center, **Faculty instructor**, July 18-19, 2013

31. Duke Laparoscopic Ventral Hernia Course, Duke University Medical Center, **Faculty instructor**, August 22-23, 2013

32. ACS Clinical Congress 2013 Skill Course: Intraoperative Decisions of Laparoscopic Inguinal and Ventral Hernia Repair, **Faculty instructor,** Washington, DC, October 7, 2013.
33. Bard Educational Course: Complex Abdominal Wall Hernia Course (Michael Rosen and Yuri Novitsky). Case Western University. Cleveland, OH, Dec 1-3, 2013.

34. Duke Masters of Bariatric Surgery, **Faculty instructor,** Orlando, FL (JW Marriott), March 6-8, 2014

35. Cook Medical's Educational Vista: Component Separation and Parastomal Reinforcement with Biologic Grafts, Green Valley Ranch – Henderson, NV, **Faculty instructor**, November 6-7, 2014

36. Duke University-Shanghai Pudong Masters of Metabolic and Bariatric Surgery & 2014 East-Sea International Forum on Metabolic Surgery Course, Shanghai, China, Faculty instructor, November 7-8, 2014.

37. Duke Hernia Repair Workshop, Duke University Medical Center, **Faculty instructor**, November 20-21, 2014

38. Duke Sleeve / Gastric Bypass Course (Clinical Immersion). Duke University Medical Center, **Faculty instructor**, February 11-13, 2015.

39. Duke Masters of Bariatric Surgery, **Faculty instructor,** Orlando, FL (JW Marriott), March 19-21, 2015

40. Duke CME Event for Primary Care Physicians – Selection and Medical Management of Weight Loss Surgery Patients. Umstead Spa & Hotel. Cary, NC. **Faculty Instructor,** April 25, 2015

41. *Optimizing Outcomes in Revisional and Complex Bariatric Surgery.* Gore Bariatric Course with CMC Bariatric Surgeons (Gersin, Kuwada, and Stefanidis), Eric Bour and John D. Scott, **Faculty instructor**, Sanctuary Hotel, Kiawah Island, SC, May 8-9,2015.

42. Duke Sleeve / Gastric Bypass Course (Clinical Immersion). Duke University Medical Center, **Faculty instructor**, August 12-14, 2015.

43. Duke / Gore Bariatric Revision Course, Charleston Place Hotel – Charleston, SC, **Faculty instructor**, September 18-19, 2015

44. ACS Clinical Congress 2015 Skill Course: Laparoscopic Inguinal and Ventral Hernia Repair, **Faculty instructor and moderator,** Chicago, IL, October 6, 2015.

45. Duke Advanced Laparoscopic Ventral and Inguina Hernia Repair Course, Duke University, **Faculty instructor**, November 13, 2015.

46. 1st Gore Expert Obesity Meeting. Live Surgery of Roux-en-Y Gastric Bypass (from Durham, NC). **Faculty instructor.** Milan, Italy. Dec 3-4, 2015.

47. Gore Revisional Bariatric Surgery Course, **Faculty instructor**, (JW Marriott) Austin, TX, Feb 19-20, 2016.

48. Duke Sleeve / Gastric Bypass Course (Clinical Immersion).  Duke University Medical Center, **Faculty instructor**, April 6-8, 2016.

49. Duke CME Event for Primary Care Physicians – A Comprehensive Guide to Weight Loss Surgery Patients for Primary Care Physicians, Umstead Spa and Hotel. Cary, NC, **Faculty Instructor,** April 9, 2016

50. Duke Masters of Bariatric Surgery, **Faculty instructor,** Orlando, FL (JW Marriott), May 5-7, 2016.

51. Duke Sleeve / Gastric Bypass Course (Clinical Immersion).  Duke University Medical Center, **Faculty instructor**, August 17-19, 2016.

52. 2016 East-Sea International Forum on Metabolic Surgery (IFMS) & the 3rd China-US Summit on Metabolic and Bariatric Surgery (SMBS), **Faculty instructor**, Shanghai, China, November 18-20, 2016.

53. Duke Sleeve / Gastric Bypass Course (Clinical Immersion).  Duke University Medical Center, **Faculty instructor**, April 26-28, 2017.

54. Duke Masters of Bariatric Surgery, **Faculty instructor,** Orlando, FL (JW Marriott), June 22-24, 2017.

55. Duke Sleeve / Gastric Bypass Course (Clinical Immersion).  Duke University Medical Center, **Course director**, August 9-11, 2017.

56. ACS Clinical Congress 2016 Skill Course: Laparoscopic Inguinal and Ventral Hernia Repair, **Faculty instructor,** Washington, DC, October 18, 2016.

57. Duke General Surgery Sea Pines Course.  Hernia and Gallbladder sessions.  **Faculty instructor**, Hilton Head, SC, July 31 – August 3, 2017.

58. ACS Clinical Congress 2017 Skill Course: Laparoscopic Inguinal and Ventral Hernia Repair, **Faculty instructor,** San Diego, CA, October 24,2017.

59. ALIF training course / lab.  Dr. David Lawrence (Columbus, OH).  Durham, NC, Nov 3-4, 2017.

60. Gore Revisional Bariatric Surgery Course, **Faculty instructor**, Nashville, TN, Feb 23-24, 2018.

61. Duke CME Event for Primary Care Physicians – A Comprehensive Guide to Weight Loss Surgery Patients for Primary Care Physicians, Umstead Spa and Hotel. Cary, NC, **Faculty Instructor,** March 3, 2018.

62. SAGES 2018 Medtronic Hernia Lab, **Faculty instructor,** Seattle, WA, April 11-12, 2018.

63. Duke Masters of Bariatric Surgery, **Faculty instructor,** Orlando, FL (JW Marriott), June 2-4, 2018.

64. Duke General Surgery Sea Pines Course. **Faculty instructor**, Hilton Head, SC, July 23 – 26, 2018.

65. Duke Sleeve / Gastric Bypass Course (Clinical Immersion). Duke University Medical Center, **Faculty instructor**, August 22-24, 2018.

66. ACS Clinical Congress 2018 Skill Course: Laparoscopic Inguinal and Ventral Hernia Repair, **Faculty instructor,** Boston, MA, October 24, 2018.

67. Duke Sleeve / Gastric Bypass Course (Clinical Immersion). Duke University Medical Center, **Faculty instructor**, November 14-16, 2018.

68. Gore Advanced Techniques in Bariatric Surgery and Hernia Surgery, **Co-Course director**, Myrtle Beach, SC, April 11-13, 2019.

69. Duke Sleeve / Gastric Bypass Course (Clinical Immersion). Duke University Medical Center, **Faculty instructor**, April 24-26, 2019.

70. Duke General Surgery Sea Pines Course. **Faculty instructor**, Hilton Head, SC, July 15 – 18, 2019.

71. SAGES 2021 Annual Meeting,Update on Fluorescent Image Guided Surgery SESSION, **Moderator**, Las Vegas, NV, September 1, 2021.

72. Chinese Ambulatory Bariatric Surgery Discussion, **Moderator (virtual)**, Beijing, China, September 17, 2021.

73. Duke Sleeve / Gastric Bypass / Duodenal Switch Course (Clinical Immersion). Duke University Medical Center, **Faculty instructor**, September 21-22, 2023.

74. Duke Sleeve / Gastric Bypass / Duodenal Switch / Mini-Gastric Bypass Course (Clinical Immersion). Duke University Medical Center, **Faculty instructor**, January 18-20, 2023.

## 9. Preceptorships

1. Laparoscopic Nissen fundoplication. Dr. Christopher Smith, Albany, GA, September 15, 2010.

2. **Co-preceptor for Allergan with Dana Portenier MD (Gastric banding with gastric plication).** Durham Regional Hospital, March 24, 2011

3. **Preceptor for Covidien for ECS. (Robert Noel, MD from Henderson, NC)** Durham Regional Hospital, March 28, 2012

4. **Preceptor for W.L. Gore for ECS. (two surgeons from Fayetteville, NC)** Durham Regional Hospital, April 5, 2012.

5. **Preceptor for Cook Medical for ECS. (Tien C. Ko, MD from Houston, TX – Jack Mayfield Distinguished Professor of Surgery, Vice Chairman for Harris County Hospital District, Chief of Surgery at Lyndon B. Johnson General Hospital)** Duke Raleigh Hospital, April 30, 2012.

6. **Preceptor for Covidien for Laparoscopic Ventral Hernia Repair. (Dr. Jerrilyn Jutton and Shawn Gunter – medical student, private solo practice, Lindhardt Surgical Associate, Annapolis, MD)** Duke Raleigh Hospital, June 3-4, 2012.

7. **Preceptor for Covidien for Bariatric Practice. (Dr. William Arnold and Elena Urbieta – admin staff, academic position in community hospital, St. Joseph's Hospital and Medical Center, Phoenix, AZ)** Duke Raleigh Hospital, June 10-12, 2012.

8. **Preceptor for Cook Medical Laparoscopic Hiatal Hernia Repair.** Duke Raleigh Hospital, January, 28, 2013.

9. Complex ventral hernia repair. Dr. Dean Mikami, Columbus, OH, September 18-19, 2013.

10. Complex ventral hernia repair. Dr. Michael Rosen and Dr. Yuri Novitsky, Cleveland, OH, December 1-3, 2013.

11. **Preceptor for W.L. Gore Bariatric Surgery. (Visiting surgeons from Australia)** Duke Regional Hospital, September 21-23, 2015.

12. **Proctor for Medtronic.** (Dr. Keith Wright) Nix Health Care System, San Antonio, TX, October 13, 2015.

13. **Proctor for Medtronic.** (Dr. Joseph Moran) Clinch Valley Medical Center, Richlands, VA, January 18,2016.

14. **Preceptor for W.L. Gore Bariatric Surgery. (Visiting surgeons from Australia)** Duke Regional Hospital, June 19-20, 2016.

15. Robotic surgeries. Dr. Clark Gerhart, Scranton, PA, January 18, 2017.

16. **Preceptor for W.L. Gore Bariatric Surgery. (Visiting surgeons from Australia)** Duke Regional Hospital, May 11-12, 2017.

17. **Preceptor for W.L. Gore Bariatric Surgery. (Visiting surgeons from Australia)** Duke Regional Hospital, August 27-28, 2017.

18. **Preceptor for W.L. Gore Bariatric Surgery. (Visiting surgeons from Australia)** Duke Regional Hospital, February 25-26, 2018.

19. **Proctor for Medtronic**. (Dr. Aley Tohamy) Crozer-Keystone Health System, Upland, PA, May 29, 2018.

20. **Preceptor for Medtronic.** Laparoscopic Inguinal Hernia Repair (Visiting surgeons from the U.S.) Duke Regional Hospital, September 10-11, 2019.

21. **Proctor for Medtronic.** (Dr. Keith Smith) Laparoscopic Inguinal Hernia Repair. Anniston, Alabama, September 20, 2019.

22. **Proctor for Medtronic.** (Dr. Wassim Mazraany), Ventral Hernia Repair. Lowell, MA, November 11, 2019.


**Positions / Committees:**

Division Chief, General Surgery, Duke Regional Hospital (6/1/2015 – PRESENT)
Co-Fellowship Program Director, Bariatric/MIS Fellowship (10/1/2018 – PRESENT)
Medical Director, Bariatric Surgery, Duke Raleigh Hospital (2010 – 2013)
Fellowship Program Director, Bariatric/MIS Fellowship Program Director (Raleigh) (2010 – 2013)
SSAT Stomach Subcommittee (2015 – PRESENT)
SAGES Safe Cholecystectomy Task Force (2015 – PRESENT)
Peer Review Committee, Davis Ambulatory Surgery Center (2015 – 2018)

**Consultant appointments:   (Include US government, state, private organizations, etc.)**  N/A

**Professional awards and special recognitions:**
C.R. Walter Award for academic excellence in organic chemistry, 1995
Student of the Year Award for medical technology, 1998
Robert McGilvery Award for academic excellence in biochemistry, 2000

**Organizations and participation:   (Offices held, committee assignments, etc.)**
American Board of Surgery (since 10/2009)
American Society for Metabolic & Bariatric Surgery (since 12/09)
American College of Surgeons (since 3/09)
Society of American Gastrointestinal and Endoscopic Surgeons (since 4/07)
Society for Surgery of the Alimentary Tract (since 2013)
American Hernia Society (since 2/25/2013)
North Carolina Medical Board

**Certifications:**
Fundamentals of Laparoscopic Surgery Program (February 21, 2009)

Advanced Cardiac Life Supports Provider (expires 5/2023)

**Teaching responsibilities including continuing education:** N/A

**Areas of research interests (basic and applied) - list:**
Gastrointestinal Surgery
Advanced Laparoscopic Surgery
Bariatric Surgery
Fluorescence Imaging-based Surgery
Low Pressure / Impact Surgery

**External support (past and present) - gifts, grants, and contracts:**

| | PI | %Effort | Purpose | Approximate Amount | Duration |
|---|---|---|---|---|---|
| **a) Past:** | Herbert Lyerly, MD | 100% | T32 NIH Grant (Research fellowship in melanoma with Dr. Douglas Tyler.) | $100,000 | 7/2004 - 6/2006 (2 years) |
| | Jin Yoo, MD | 10% | Post-Market Study: Biodesign Hybrid Mesh Ventral Hernia Repair | | 7/2013 – 7/2016 |
| | Jin Yoo, MD | 5% | Post-Market Study: Signia Stapling System using Intelligent Loading Units | | 5/2019 - 2021 |
| | Jin Yoo, MD | 5% | Open label, single center, Randomized Study Evaluating the Feasibility of the Ultravision Visal Field Clearing System in Low Pressure Laparoscopic Cholecystectomy Compared to Airseal IFS | | 11/2019 – 2022 |
| **b) Present:** | Jin Yoo, MD (DRH site PI) | 5% | Medtronic Product Surveillance Registry (PSR) Platform Base (Sonicision 7 Post-Market Study) | | 2023-PRESENT |
| **c) Pending:** | N/A | | | | |

**Clinical activity - type of practice and estimate of time commitment:**
General Surgery; Hernia Surgery; Gastrointestinal Surgery; Bariatric Surgery at Duke Raleigh Hospital and Durham Regional Hospital– 90-95%


**Participation in academic and administrative activities of the University and Medical Center:**
Administration and Education – 5-10%
Direct involvement in the education of fellows, residents and medical students.  This includes lectures and participation in conferences, journal clubs.

**EXHIBIT B**:

*Fee Schedule*

**Fee schedule for Jin Yoo, MD**

*Effective April 29, 2024*

**Initial review / retainer:  $2000**

**Phone calls & chart review, preparing legal documents:  $500 per hour**

-Calls and review charged in 15 min increments when less than one hour

**Deposition: $1000 per hour with 3-hr minimum ($3000)**

-The fee must be paid at least **two weeks** prior to scheduled deposition.  The fee is non-refundable if the deposition is rescheduled or cancelled within two weeks prior to agreed date.

**Trial/court appearance:  $5000 / half day (4 hours or any portion less than 4 hours);  $1250 per hour thereafter**

-$5000 fee must be paid at least **two weeks** prior to scheduled trial/court appearance.  The fee is non-refundable if the deposition is rescheduled or cancelled within two weeks prior to agreed date.

**-Travel time:  $400 per hour**

**-PLUS travel expenses**

**<u>EXHIBIT C</u>**:

*Statement of Compensation*

*Related to Plaintiff's Expert Report*

## STATEMENT OF COMPENSATION


**Expert Report prepared by Jin Yoo, M.D.**
*Re:* David Anthony, et al *v. Davol, Inc.; C.R. Bard,*
*Inc. Docket No.: 2:24-cv-04044*


 For the work related to plaintiff David Anthony's case in relation to the *Expert Report*, Dr. Jin Yoo's fee so far amounts to $2,500.